In the United States Bankruptcy Court
Western District of Virginia

IN RE: Travis W. Tolley

) Chapter: 7
) Bankruptcy No: 17-50236
) Account No: 7372
) **REQUEST FOR NOTICE**

    Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Customer Service Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service

Date: 03/28/2017

/s/ Annette Baker

Annette Baker
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5392